UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY BROOKS, | Case No. 3:20-cv-00135-MMD-CLB |
|---|---|
| Plaintiff | **ORDER** |
| v. | |
| ALZATE, *et al.*, | |
| Defendants | |

**I.  DISCUSSION**

On March 2, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within forty-five (45) days from the date of that order. (ECF No. 3 at 2). On April 15, 2020, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not yet received his financial certificate from the NDOC. (ECF No. 6 at 1). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **June 4, 2020**.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted.

IT IS FURTHER ORDERED that on or before **June 4, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

1       IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

      DATED: April 20, 2020.

_____
UNITED STATES MAGISTRATE JUDGE